***NOT FOR PRINTED PUBLICATION***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CASE NO. 9:13-CR-20(2) |
| | § |
| DONNIE JERMAINE DANIELS | § |

**ORDER ACCEPTING**
**FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The parties have not objected to the magistrate judge's recommendations. The Court **ORDERS** that the findings of fact and recommendation on plea of true (Doc. No. 165) are **ACCEPTED** and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court **ORDERS** the defendant, Donnie Jermaine Daniels, to serve a term of eight (8) months imprisonment with no further supervised release. The Court recommends credit for any time due since the defendant's arrest on the petition to revoke. The defendant is also ordered to pay the remaining unpaid restitution in the amount of $161,902.53, jointly and severally with his co-defendants as stated in the original judgment of conviction.

**So Ordered and Signed**
**Jul 25, 2021**

Ron Clark
Senior Judge